IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02528-EWN-BNB

RICKI DOUGLAS,

Plaintiff,

v.

CHRISTY SPORT, LLC, a Colorado corporation,
SALOMON/NORTH AMERICA, INC., an Oregon corporation, and
SALOMON, S.A., a French corporation,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Christy Sport, LLC's, Motion to Strike Plaintiff's Designation of Expert Witness Christian D. Bentley, M.D., and Designation of Expert Witness Andreas Sauerbrey, M.D.** (the "Motion to Strike"), filed June 14, 2005;

(2) Plaintiff's **Motion for Extension of Time to Designate Treating Physicians As Experts** (the "Motion for Extension"), filed June 17, 2005; and

(3) Plaintiff's unopposed **Motion to Vacate and Reschedule Settlement Conference** (the "Motion to Vacate Settlement Conference"), filed July 11, 2005.

I held a hearing on the motions on July 12, 2005, and made rulings on the record which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Strike is DENIED.

IT IS FURTHER ORDERED that the Motion for Extension is GRANTED as follows:

(a) The plaintiff shall provide to the defendants expert reports for Drs. Bentley and Sauerbrey, with all information specified in Fed. R. Civ. P. 26(a)(2), on or before **July 22, 2005**;

(b) Discovery is extended to and including **September 23, 2005**, solely to allow the defendants to conduct discovery concerning the expert reports of Drs. Bentley and Sauerbrey. Such discovery may include the depositions of Drs. Bentley and Sauerbrey and, upon a motion and order of the court, an independent medical examination of the plaintiff; and

(c) The defendants shall designate any experts to rebut the opinions of Drs. Bentley and Sauerbrey and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 26, 2005**.

IT IS FURTHER ORDERED that the Motion to Vacate Settlement Conference is GRANTED, and the settlement conference set for July 25, 2005, is VACATED.

IT IS FURTHER ORDERED that Phillip E. Lowry, counsel for plaintiff, shall appear in person at all future hearings occurring before me.

Dated July 13, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge