IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| RICKI DOUGLAS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHRISTY SPORT, L.L.C., a COLORADO CORPORTATION;<br><br>SALOMON/NORTH AMERICAN, INC., an OREGON CORPORATION; and<br><br>SALOMON, S.A., a FRENCH CORPORATION,<br><br>　　　　Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 04-CV-02528-EWN-BNB<br>Judge Edward W. Nottingham<br>Magistrate Boyd N. Boland |

　　　BASED UPON the Stipulation of the parties and for good cause appearing, IT IS

HEREBY ORDERED that the Complaint in this action be dismissed, with prejudice, each party

to bear their own costs.

　　　DATED this  2nd  day of August, 2005.

　　　　　　　　BY THE COURT:


　　　　　　　　s/Edward W. Nottingham
　　　　　　　　JUDGE EDWARD W. NOTTINGHAM